IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, 121865, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  1:11-cv-657-TMH |
| ) | WO |
| WILLIAM KAUFMAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

This cause is before the Court on the plaintiff's Objection to Magistrate Denial (Doc. #25) filed on October 25, 2011.  Specifically, plaintiff objects to the Magistrate Judge's order of October 18, 2011 (Doc. #22) denying his motion to compel production of additional exhibits.  After an independent review of the plaintiff's motion, the Magistrate Judge's order, and the plaintiff's objection, the Court finds that the Magistrate Judge's order is  neither clearly erroneous, nor contrary to law.  *See* Fed. R. Civ. P. 72(a).  Therefore, it is hereby

ORDERED  that plaintiff's objection (Doc. #25) is OVERRULED.   It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the  10th  day of November, 2011.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE