IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:11-cv-657-MHT |
| ) | [wo] |
| WILLIAM KAUFMAN, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On December 13, 2011, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. No. 36) is adopted and the motion for preliminary injunction (Doc. No. 33) is denied.

It is further ORDERED that the motion for temporary restraining order (Doc. No. 33) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for additional proceedings.

DONE this 29th day of February, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE