IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JAMES ROBINSON,               )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        1:11cv657-MHT
                              )
WILLIAM KAUFMAN and T.        )
WIGGINS,                      )
                              )
     Defendants.              )
```

OPINION

Plaintiff filed this lawsuit asserting that the defendants violated his constitutional rights when they arrested him for public intoxication. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of November, 2014.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE