IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JAMES ROBINSON,              )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )         1:11cv657-MHT
                             )
WILLIAM KAUFMAN and T.       )
WIGGINS,                     )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 44) is adopted.

(2) The special report filed by the defendants is construed as a motion for summary judgment, and the motion for summary judgment (doc. no. 7) is granted.

(3) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his/her complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of November, 2014.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE